FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 MAR 23 AM 8:30

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. CR-1-02-168-02 |
| Plaintiff, | : | |
| vs. | : | Judge Beckwith |
| RICHARD LIGGETT, | : | |
| Defendant. | : | |

### ORDER RELEASING BOND OBLIGATION

Upon motion of the defendant, and for good cause shown, **IT IS HEREBY ORDERED** that the United States District Court Clerk's Office for the Southern District of Ohio shall release the passport of Richard Liggett to his counsel, the Federal Public Defendant's Office, upon its request. The passport was surrendered to the Court as a condition of Richard Liggett's bond, and he has been released from such bond obligations.

IT IS SO ORDERED.

Sandra S. Beckwith
Chief Judge, United States District Court