PROB 12A
(12/98)
RE:  LIGGETT, Richard
     1:02CR168-02

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Richard George Liggett**              Case Number: **1:02CR00168-02**

Name of Sentencing Judicial Officer:   **The Honorable Sandra S. Beckwith**
                                       **Chief United States District Judge**

Date of Original Sentence:   **February 27, 2004**

Original Offense:   **Wire Fraud (Two Counts), in violation of 18 U.S.C. § 1343, Class D felonies.**

Original Sentence:   **366 days prison, 36 months supervised release; $200 Special Assessment, $670,000 restitution.**

Type of Supervision: **36 months**           Date Supervision Commenced: **March 17, 2008**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **The Defendant shall make restitution immediately in the total amount of $670,000; Any balance due upon the commencement of supervision shall be paid, during the term of supervision, in minimum monthly installments of $100.** |

Liggett's term of supervision is scheduled to expire on March 16, 2008. He has an outstanding restitution balance of $666,950, and he does not appear capable of paying the balance by the end of his supervision.

U.S. Probation Officer Action:

Richard Liggett commenced a three year term of supervision on March 17, 2005 in the District of Maryland. According to his supervising United States Probation Officer, Christopher L. Keating, Liggett resides with his wife in a two bedroom apartment in Baltimore, Maryland. He is employed full-time as a manager at a home improvement company, and he earns approximately $40,000 per year. USPO Keating indicates Liggett has complied with making $100 monthly restitution payments each month of his supervision. His term of supervision is scheduled to expire March 16, 2008, and Liggett has an outstanding balance of $666,950.

Liggett has completed a Financial Statement of Debtor to be submitted to the United States Attorney's Office Financial Litigation Unit in the Southern District of Ohio for their assistance in ongoing collection of his

PROB 12A
(12/98)
RE:     LIGGETT, Richard
        1:02CR168-02

2

restitution. In addition, USPO Keating stated the offender has signed a Consent Agreement to continue making monthly payments toward the satisfaction of his restitution balance. As Liggett has been in compliance with his term of supervision, and the Financial Litigation Unit has the ability to engage in continuing collection efforts, it is respectfully recommended the Court allow Liggett's supervision to expire with the outstanding restitution balance.

Respectfully submitted,                          Approved,

by  *[signature]*                          by  *[signature]*
    **Thomas Barbeau**                          Robert C. Frommeyer, Jr.
    U. S. Probation Officer                     Supervising U. S. Probation Officer
    Date:   **March 12, 2008**                  Date:   3/12/08

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

3/12/08
Date